O

# United States District Court
# Central District of California

| | |
|---|---|
| MARY M. MOURING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HP FINANCIAL, LLC, and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-CV-06962-ODW(JPR)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

　　　　On September 3, 2015, Plaintiff Mary M. Mouring filed a complaint alleging that Defendant HP Financial, LLC, violated the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act. (Compl. ¶1, ECF No. 1.)  However, Defendants never filed an answer.  Plaintiff has taken no further action to prosecute this case.

　　　　Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than October 25, 2016, why the Court should not dismiss this action without prejudice for lack of prosecution.  No hearing will be held.  Failure to file a timely

written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 11, 2016

_____
                **OTIS D. WRIGHT, II
            UNITED STATES DISTRICT JUDGE**